# United States Court of Appeals
# for the Fifth Circuit

No. 24-11089
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 1, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TABOR LEE WHITEHEAD,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-177-1

Before SMITH, WIENER, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Tabor Lee Whitehead has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Whitehead has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-11089

reflected therein.   We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.